# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GALAN EDWARD LANGLEY**                                                                                   **PETITIONER**
**ADC #501160**

V.                              Case No. 4:24-CV-00734-JM-BBM

**DEXTER PAYNE**
**THOMAS HEARST**                                                                                          **RESPONDENTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

IT IS THEREFORE ORDERED that:

1. The Amended and Substituted Petition (Doc. 5) is DISMISSED WITH PREJUDICE.

2. A Certificate of Appealability will not issue.

Dated this 18th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE